UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

BOBBY DICKERSON, )
    Plaintiff, )
     )
v. ) Case No. CV608-074
     )
SHERIFF LYNN M. ANDERSON and )
DEPUTIES INVOLVED WITH THIS )
MATTER )
     )
    Defendants. )

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 10 day of Nov., 2008.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA